# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Howell, Dennis L. | 2. Court or Organization<br><br>USDC, WDNC | 3. Date of Report<br><br>10/24/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge, full | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>10/05/2018 |

**7. Chambers or Office Address**

U.S. Courthouse Building
100 Otis Street, Roomo 302
Asheville, NC 28801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 (H) | | | | | | | | | |
| 2. -DFA US Large Co. Fund Class 1 | C | Dividend | M | T | | | | | |
| 3. -Cohen & Steers Preferred Sec. & Inc. Fund A | E | Dividend | O | T | | | | | |
| 4. -Nuveen Real Asset Income Fund Class C | B | Dividend | K | T | | | | | |
| 5. -Yorktown Multiasset Income Fund Class L | D | Dividend | M | T | | | | | |
| 6. -UBS Bank US Cash Account | | None | J | T | | | | | |
| 7. SEP IRA #2 (H) | | | | | | | | | |
| 8. -DFA US Core Equity 2 Fund | B | Dividend | M | T | | | | | |
| 9. -Cohen & Steers Preferred Sec. & Inc. Fund A | D | Dividend | M | T | | | | | |
| 10. -UBS Bank US Cash Account | | None | J | T | | | | | |
| 11. IRA #3 (H) | A | Dividend | | | | | | | |
| 12. -S&P 500 Depository | A | Dividend | J | T | | | | | |
| 13. -DFA Large Cap Value Fund Class 1 | A | Dividend | K | T | | | | | |
| 14. -DFA US Large Co. Instl. Class 1 | A | Dividend | K | T | | | | | |
| 15. -UBS Bank US Cash Account | | None | J | T | | | | | |
| 16. -Cohen & Steers Preferred Sec. & Inc. Fund A | D | Dividend | M | T | | | | | |
| 17. UBS Financial Services Acct 70 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Howell, Dennis L. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Muniholdings Quality Fund Inc. MUS | D | Dividend | L | T | | | | | |
| 19. -Blackrock Muniyield Quality Fund III, Inc. MYI | C | Dividend | L | T | | | | | |
| 20. -Nuveen Quality Muni Fund, Inc. NQI | D | Dividend | M | T | | | | | |
| 21. -Blackrock Muniyield Fund, Inc. MYD | C | Dividend | L | T | | | | | |
| 22. -ARES MGMT LP PFD Unit Ser A | C | Dividend | L | T | | | | | |
| 23. -First Horizon Natl Corp x | A | Dividend | K | T | | | | | |
| 24. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 25. UBS Financial Services Acct. 68 (Estate #1) (H) | | | | | | | | | |
| 26. -UBS BankDep Acct | | None | J | T | | | | | |
| 27. -Fidelity Southern Corp. | A | Dividend | J | T | | | | | |
| 28. -General Motors | A | Dividend | J | T | | | | | |
| 29. -Motors Liq Co GUC TR UBI | A | Dividend | J | T | | | | | |
| 30. -Warrants General Motors Corp. x | | None | J | T | | | | | |
| 31. -FNR 109-109 J x | | | J | T | | | | | |
| 32. -Invesco Quality Muni Inc. Trst. Com. | C | Dividend | L | T | | | | | |
| 33. -BGC Partners Inc. | C | Dividend | | | Sold | 09/05/18 | L | A | |
| 34. -Dominion Resources Inc. | C | Dividend | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Quest Corp | C | Dividend | K | T | | | | | |
| 36. -Nuveen High Yield Municipal Bond Fund Class C x | C | Dividend | L | T | Buy (add'l) | 09/25/18 | L | | |
| 37. -Yorktown Multiasset Income Fund Class L | B | Dividend | K | T | | | | | |
| 38. UBS Financial Services Acct. 19BH Estate #2 (H) | | | | | | | | | |
| 39. -UBS Bank USA Deposit Acct | | None | J | T | | | | | |
| 40. -Nuveen Amt-Free Municipal Credit Income Fund | C | Dividend | L | T | | | | | |
| 41. -Ares Mgmt L P PFD Unit Ser A | B | Dividend | K | T | | | | | |
| 42. -Associated Banc Preferred | B | Dividend | K | T | | | | | |
| 43. -Nuveen High Yield Municipal Bond Fund Class C | B | Dividend | K | T | | | | | |
| 44. -Legg Mason Inc x | B | Dividend | K | T | | | | | |
| 45. UBS Financial Services H H IRA Estate #3 (H) | | | | | | | | | |
| 46. -FNR 1992-195C | A | Dividend | J | T | | | | | |
| 47. -FHR 1578K | A | Dividend | J | T | | | | | |
| 48. -FNR-1994-G6 | A | Dividend | J | T | | | | | |
| 49. -Legg Mason Inc Bond | B | Dividend | K | T | | | | | |
| 50. -UBS Bank Deposit | | None | J | T | | | | | |
| 51. UBS Financial Services Acct 16 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Blackrock Muniyield Fund Inc. | B | Dividend | K | T | | | | | |
| 53. -UBS Bank Deposit | A | Interest | J | T | | | | | |
| 54. American Balance Fund-529 A Fund #1011 CLBX-Balanced Track | A | Int./Div. | J | T | | | | | |
| 55. American Balance Fund-29 A Fund #1011 CLBX-Balanced Track | A | Int./Div. | J | T | | | | | |
| 56. First Citizens Investors Services (H) | | | | | | | | | |
| 57. -NC Med Care Comm Health Care Facs R Ed NC Med Care | B | Dividend | K | T | | | | | |
| 58. -NC Med Care Comm Health Care Facs R Ed Wake Med | A | Dividend | K | T | | | | | |
| 59. -Harnett County NC Ltd Oblig RFDG | A | Dividend | K | T | | | | | |
| 60. -Monroe NC Ltd OBlig R DG | B | Dividend | K | T | | | | | |
| 61. -NC Med Care Comm Health Care-Wake Forest | A | Dividend | K | T | | | | | |
| 62. Wells Fargo Cash Account | A | Interest | M | T | | | | | |
| 63. Rental Property #1 Burnsville, NC $169,720.00 | D | Rent | M | S | | | | | |
| 64. Rental Property #2 Burnsville, NC $244,750.00 | | None | M | S | | | | | |
| 65. Rental Property #3 Burnsville, NC $20,662.50 | | None | K | S | | | | | |
| 66. Rental Property #4 Burnsville, NC $341,400.00 | | None | N | S | | | | | |
| 67. Spruce Pine, Mitchell County, NC #2 12/28/2015 | D | Rent | N | Q | | | | | |
| 68. Spruce Pine, Mitchell County, NC #3 01/07/2016 | D | Rent | | | Sold | 07/25/18 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Arbuckle, Yancey County, NC #1 11/03/2015 | | None | M | Q | | | | | |
| 70. Southern Farm Bureau Life Insurance Whole Life | A | Interest | K | T | | | | | |
| 71. Dennis L. Howell, PA | | None | J | W | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Howell, Dennis L. | 10/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#23 First Horizon National Corporation was purchased on November 2, 2017. The reporter neglected to place the investment on the report for 2017 and now reports this investment. The value of the investment was "K".

#30 Warrants General Motors Corp was reported in the 2017 Report as being sold on March 21, 2017. The Reporter has now discovered that only part was sold. The value of this investment is "J".

#31 FNR-109-109J was sold on March 21, 2017 and by mistake this sale was not reported on the 2017 Report. The sale value was "J". The value was less than the reportable value.

#36 Additional investment was made in Nuveen High Yield Municipal Bond Fund Class C on September 25, 2018.

#44 Legg Mason Inc stock was purchased on 10/12/2016 and was not included on the 2017 report by mistake. The value is "K" and the income during the period of 2018 was "B".

#54 and
#55 Each of these two funds are for the college education funds of my grandchildren. I can select only the general investment strategy of these plans and I have chosen the balanced track. I do not own, nor can I select the specific stocks, bonds or other assets. The items were listed in the 2017 report as "#106" and "#107".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis L. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544